```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**WALLACE LEE MAPLES,**                  :
                                         :
    **Petitioner,**                      :
                                         :
vs.                                      :   CIVIL ACTION NO.12-00508-KD-B
                                         :
**SAM COCHRAN,**                         :
                                         :
    **Respondent.**                      :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, this action is hereby **DISMISSED** as moot.

    **DONE** this 21st day of November, 2012.

                                   s/ Kristi K. DuBose
                                   **UNITED STATES DISTRICT JUDGE**